**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **USM, INC.,**  *Plaintiff*,  v.  **BED BATH & BEYOND, INC.**  *Defendants*. | Civil Action No. 23-180(MCA)  **ORDER** |

**IT APPEARING** that the defendant having filed for relief under Chapter 11 of the United States Bankruptcy Code,

**IT IS** on this 16th day of May, 2023;

**ORDERED** that the Clerk administratively terminate the action on his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown.

*s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
UNITED STATES DISTRICT JUDGE